HYGALL CLOTHING COMPANY, Respondent, *v.* HARRY KATZ's CLOTHES, INC., et al., Appellants, Impleaded with Another.

Submitted October 6, 1941; decided October 16, 1941.

*Archibald Palmer* for motion.
*Max Shlivek* opposed.

Motion granted and upon reargument the motion for leave to appeal is denied on the merits.